IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPTEC FINANCIAL GROUP, INC.,<br>24 Frank Lloyd Wright Dr.<br>Lobby l, 4th Floor<br>Ann Arbor, Michigan 48106,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BAGGA ENTERPRISES, INC.,<br>121 Dickerson Road, Unit 6<br>North Wales, Pennsylvania 19454,<br><br>JAMUNA REAL ESTATE, LLC,<br>121 Dickerson Road, Unit 6<br>North Wales, Pennsylvania 19454,<br><br>UNITED MANAGEMENT SERVICES, INC.,<br>121 Dickerson Road, Unit 6<br>North Wales, Pennsylvania 19454,<br><br>                    -and-<br><br>WELCOME GROUP, INC.<br>121 Dickerson Road, Unit 6<br>North Wales, Pennsylvania 19454,<br><br>                    Defendants. | Civil Action No. 02-CV-2684 |

## ENTRY OF APPEARANCE

TO THE CLERK:

  Please enter my appearance as counsel for all plaintiffs in the above-captioned

matter.

                                    Respectfully submitted,

                                    */s/ David F. McCann*

                                    David F. McCann
                                    Pa. Attorney I.D. No. 87609
                                    Pepper Hamilton LLP
                                    3000 Two Logan Square
                                    Eighteenth and Arch Streets
                                    Philadelphia, PA  19103
                                    215-981-4000

Dated: August 19, 2002