IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAGGA ENTERPRISES, INC., et al. | : | NO. 02-2684 |

**O R D E R**

AND NOW, this 21st day of August, 2003, it is hereby **ORDERED** that motion documents No. 24 and 25 are administratively stricken from the record without prejudice as having been filed inadvertently by movant and as moot because these identical motions were filed in at least one companion case and ruled on by the Court.

_____
LOWELL A. REED, JR., S.J.