IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPTEC FINANCIAL GROUP, INC. | Civ. A. No.   2:02-CV-02684-LR |
| Plaintiff | |
| v. | |
| BAGGA ENTERPRISES, INC., et al. | |
| Defendants | |

**WITHDRAWAL/ENTRY OF APPEARANCE**

Kindly withdraw the appearance of David F. McCann, Esquire, Esquire, for BNY Asset Solutions, LLC, as successor-in-interest to Plaintiff in the above captioned matter.

_____
David F. McCann

Kindly enter the appearance of Matthew J. Swett, Esquire, for BNY Asset Solutions, LLC, as successor-in-interest, in the above captioned matter.

_____
Matthew J. Swett

Dated: _May 16_, 2005

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Withdrawal/Entry of Appearance this ___ day of _____, 2005, by United States Postal Service First Class Mail, Postage Pre-paid, upon the following:

Victor Lipsky, Esquire
Lipsky & Brandt
1101 Market Street, Suite 2820
Philadelphia, PA 19107

Attorney for Defendants Bagga Enterprises, Inc., Jamuna Real Estate, LLC, United Management Services, Inc. and Welcome Group, Inc.

and

Sovereign Bank
c/o Timothy J. Cooney
MA1 MB3-02-10
2 Morrissey Boulevard
Boston, MA 02125

Pro Se for Garnishee

and

Henry R. Newton, Esquire
Herster, Newton & Murphy
127 North 4th Street
P.O. Box 1087
Easton, PA 18044-1087

Attorney for Garnishee, Lafayette Ambassador Bank

and

Monica S. Matthews, Esquire
Spector, Gadon & Rosen, P.C.
7 Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103

Attorney for Movant, Kushvnidar K. Bagga

_____
Matthew J. Swett
Counsel for Plaintiff
BNY Asset Solutions, LLC
Successor-in-Interest to Captec Financial
Group, Inc.